# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL GOLDEN FOODS, INC., an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 09 CV 6999 ) |
| HYSON USA, INC., an Illinois corporation and Business/Entities "A" through "F", | ) Judge Wayne R. Anderson ) ) Magistrate Judge Jeffrey Cole |
| Defendants. | ) |

## MOTION TO APPEAR AS ADDITIONAL AS COUNSEL

NOW COMES the Plaintiff, INTERNATIONAL GOLDEN FOODS, INC., by and through its Attorney, Joseph M. Williams, and moves this Court for leave to appear as additional counsel in this matter.

_____
Joseph M. Williams

JOSEPH M. WILLIAMS
Attorney for Plaintiff
810 N. Arlington Heights Road, #1
Itasca, IL 60143
Tel: (630) 346-4472
Atty No. 03128789