CASE NO. _____09 c 6999_____

ATTACHMENT NO. _____1_____

EXHIBIT _____

TAB (DESCRIPTION) _____

Catalog       Exh F

Exh G



Exh H

VILLAGE MARKET PLACE
4034 W. DEMPSTER
SKOKIE IL. 60076
(847) 933-0900
WWW.VILLAGEMARKETPLACE.NET

IRENA
0868 04 04224069 01/12/10  2:31pm 334
GOLDEN POMEGRANA        $4.99  LF

SUBTOTAL        $4.99
2.25% TAX        $0.11
TOTAL          $5.10

CASH          $5.10
CHANGE         $0.00

# OF ITEMS: 1

THANK YOU FOR SHOPPING WITH US!
NO RETURNS OR EXCHANGES
WITHOUT A RECEIPT!

# Joe Caputo & Sons Fruit Market

100 S. Randall Road
Algonquin, IL 60102
(847) 458-9100
www.joecaputoandsons.com
#003-006 1/3/2010 17:30:16 Molly
Inv#:00105457 Trs#:105569
BERWYN                              60402
---------------------------------------------
NAR POMEGRANATE JUICE 32oz    $2.99 T1F
  Markdown: $1.00
---------------------------------------------
Net Sales                         $2.99
Tax 1 [$2.99]                     $0.05
TOTAL SALES                       $3.04
---------------------------------------------
SUB TOTAL                         $3.04
Cash                              $5.00
Change                            $1.96
---------------------------------------------
Item count                            1
Temporary markdown                $1.00
SAVING GRAND TOTAL                $1.00
        Return/Refund Policy

  No refunds or exchanges
    without a receipt and product

-Returns on Deli, Meat, Fish, Bakery, Dairy
and Perishable items must be done within 5
days from date of packaging with receipt
-Returns on Produce items must be done
within 5 days from date of purchase with
receipt
-Returns on Grocery and Nonfood items must
be done within 15 days of purchase with
receipt
-ALL sales on seasonal items are FINAL

Jerrys Fruit&Garden

7901 N. Milwaukee Ave.
Niles, IL.
847-967-1440
Store:1

Cashier: INGRID

12/31/09                          10:02:37

Grocery
POMEGRANATE JUICE                  2.99 TF
        SUBTOTAL                   2.99
        2.25% TAX                   .07
        TOTAL                      3.06
CASH          TENDER              20.06
CASH          CHANGE              17.00

        NUMBER OF ITEMS               1

Trx:72    Term:4    Store:1      10:03:00

Thank you for shopping at
  Jerrys Fruit & Garden
  Please Come Again !!

# Joe Caputo & Sons
# Fruit Market

100 S. Randall Road
Algonquin, IL 60102
(847) 458-9100
www.joecaputoandsons.com
#003-007 1/14/2010 12:39:35 Ryne
Inv#:00068280 Trs#:115671
ALGONQUIN                          60102
--------------------------------------
COKE 20oz                    $1.39 T3F
NAR POMEGRANATE JUICE 32oz   $2.99 T1F
 Markdown: $1.00
--------------------------------------
Net Sales                    $4.38
Tax 1 [$2.99]                $0.05
Tax 3 [$1.39]                $0.11
TOTAL SALES                  $4.54
--------------------------------------
SUB TOTAL                    $4.54
Cash                         $5.00
Change                       $0.46
--------------------------------------
Item count                       2
Temporary markdown           $1.00
SAVING GRAND TOTAL           $1.00
        Return/Refund Policy

     No refunds or exchanges
       without a receipt and product

-Returns on Deli, Meat, Fish, Bakery, Dairy
and Perishable items must be done within 5
days from date of packaging with receipt
-Returns on Produce items must be done
within 5 days from date of purchase with
receipt
-Returns on Grocery and Nonfood items must
be done within 15 days of purchase with
receipt
-ALL sales on seasonal items are FINAL

**Jerrys Fruit&Garden**

7901 N. Milwaukee Ave.
Niles, IL.
847-967-1440
Store:1

Cashier: OMAR

01/14/10                                          15:37:08

Grocery
POMEGRANATE JUICE                                2.99 TF
SUBTOTAL                                          2.99
2.25% TAX                                          .07
TOTAL                                             3.06
CASH         TENDER                              5.00
CASH         CHANGE                              1.94

Trx:94         Term:7         Store:1         15:37:22

NUMBER OF ITEMS                    1

Thank you for shopping at
Jerrys Fruit & Garden
Please Come Again !!

---

**PRODUCE WORLD**
8325 LAWRENCE AVE., NORRIDGE, IL
STORE PHONE (708) 452-7400

                                              YESENIA
0570 06 08466603 01/14/10  2:48pm 279
NAR PMGRNT JUICE                              $2.99    LF

SUBTOTAL                                      $2.99
2.25% TAX                                     $0.07
TOTAL                                         $3.06
CASH                                         $10.00
CHANGE                                        $6.94

# OF ITEMS: 1

THANK YOU FOR SHOPPING ·PRODUCE WORLD!

Exh I









