# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

International Golden Foods, Inc.

                                        Plaintiff,

v.                                                      Case No.: 1:09−cv−06999

                                                        Honorable Wayne R. Andersen

Hyson USA, Inc.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 19, 2010:

        MINUTE entry before Honorable Wayne R. Andersen: Plaintiff's Emergency Motion for order to show cause [32] is reset to 4/13/2010 at 09:30 AM. The hearing date of 3/22/2010 is stricken and parties need not appear on 3/22/2010.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.