**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

International Golden Foods, Inc.
                          Plaintiff,

v.                                                                             Case No.: 1:09−cv−06999
                                                                            Honorable Wayne R. Andersen

Hyson USA, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 22, 2010:

        MINUTE entry before Honorable Wayne R. Andersen:Plaintiff's Emergency & Second Motion and Memorandum for rule to show cause why contempt, sanctions and related relief are appropriate as to Hyson, USA, Inc. [32] and Defendant's motion to strike [36] plaintiff's emergency motion is entered and continued to 5/20/2010 @ 9:00 a.m. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.